Paul Sala, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | ) In Proceedings Under |
| | ) Chapter 11 |
| CHARITY TOWING & RECOVERY, | ) |
| LLC, | ) Case No. 2:20-bk-11598 PS |
| | ) |
| | ) ORDER CONFIRMING THE |
| | ) DEBTOR'S CHAPTER 11 |
| | ) (SUBCHAPTER V) PLAN OF |
| Debtor. | ) REORGANIZATION |
| | ) |

A Chapter 11 (Subchapter V) Plan of Reorganization under Chapter Eleven (Subchapter V) of the Bankruptcy Code, having been filed by the Debtor, the matter having been duly noticed as evidenced by the Affidavit of Mailing on file with the Court; the matter having come on for hearing and no objections having been timely filed, and good cause appearing;

It having been determined after hearing and notice that:

1.      The requirements set forth in §1129(a), §1190 and §1191 are satisfied and the Court finds that the Plan is consensual under §1191(a).

2.      Because the Plan is consensual, the Debtor shall make payments under the Plan directly to creditors. The Subchapter V Trustee's services will be terminated upon the substantial consummation of the Plan pursuant to §1183( c)(1) and the Debtor shall file a Notice of Substantial Consummation with the Court not later than 14 days after the Plan is substantially consummated, and serve this notice on the Subchapter V

Charity Towing & Recovery, LLC
2-20-bk-11598 PS
Order Confirming

Trustee, the United States Trustee, and all parties in interest, pursuant to §1183( c)(2), when the Debtor achieves substantial consummation of the Plan.

3.     Because the Plan is consensual, the Plan discharges the Debtor at the time of confirmation.

IT IS ORDERED that the Chapter 11 (Subchapter V) Plan of Reorganization filed by the Debtor, Charity Towing & Recovery, LLC, is hereby CONFIRMED and a DISCHARGE is hereby entered subject to the following terms and conditions:

Unclassified Claims.  Debtor's Counsel, Allan D. NewDelman shall have an administrative claim in the amount approved by the Court after submission of the appropriate Application.   Currently, the total amount of attorneys fees owed is $29,550.00 subject to an offset against retainer of $0.00 leaving a balance of $29,550.00.  These Administrative attorney's fees, as approved by the Court, shall be paid as provided for in the Disbursement Schedule attached hereto and incorporated herein by reference as **Exhibit "A"** .

In addition, the Chapter 11, Subchapter V Trustee, subject to Court approval, shall have an administrative expense claim as set forth in the Plan.  Should the Debtor be unable to provide payment of the Chapter 11 Trustee's fees on the Plan Distribution Date, said fees shall be paid either as provided for in the Disbursement Schedule attached hereto and incorporated herein by reference as **Exhibit "A"**, or as otherwise agreed between the SubChapter V Trustee and the Debtor.

On November 2, 2020 an Order was entered approving the employment of TL Reedy, PLLC as the accounting professional was entered by the Court.  Pursuant to that

Charity Towing & Recovery, LLC
2-20-bk-11598 PS
Order Confirming

2

Order the accounting professional has been paid based upon the fixed fee schedule contained within the Application to Employ filed at Docket Number 21.

Beacon Funding (Class 1)

Creditor Beacon Funding was listed on Debtor's Schedule D as a secured creditor. The contract between the Debtor and Beacon Funding for the 2017 Dodge 5500 (along with a 2011 Century 10 Series Rollback), is a lease and shall provided for under the provision covering Executory Contracts.

Beacon Funding (Class 2)

Creditor Beacon Funding was listed on Schedule D as a secured creditor. The contract between the Debtor and Beacon Funding for the 2015 Ford F-650 (along with the Jerr-Dan 21' Steel Shank Bed) is a lease and shall provided for under the provision covering Executory Contracts.

Secured Claim - Eastern Funding - Claim 11-1 (Class 3)

Creditor is secured by a 2008 Dodge 5500, Eastern Funding, has obtained Stay Relief and has taken possession of its collateral. Its claim, estimated to be $96,448.70, shall be classified and treated as a general unsecured claim as stated in Class 9.

TBF Financial, LLC - Claim 2-1 (Class 4)

The Debtor has filed an Adversary Proceeding against Creditor TBF Financial, LLC, Adversary Case Number 2-21-ap-00073 (the "Adversary Proceeding"). The Adversary Proceeding asserts that the secured claim of this creditor should be treated as a general unsecured claim. Should this Court enter a judgment against the creditor, said claim shall be paid as provided for in Class 9. To the extent that this Court determine

Charity Towing & Recovery, LLC
2-20-bk-11598 PS
Order Confirming

3

that there is any value to the secured claim, the Debtor and the Creditor will enter into a Stipulation for Plan Treatment, properly noticed to all creditors and subject to the approval of this Court.

<u>Secured Tax Claim - Internal Revenue Service - Claim 3-2 (Class 5)</u>.

The Internal Revenue Service ("IRS") shall have a secured claim in the amount of $88,017.84. The IRS's secured claim shall be paid with interest at the statutory rate set forth in I.R.C. §§6621 and 6622 that is in effect during the month that the Plan is confirmed, as required by 11 U.S.C. §511. This secured amount shall be paid as provided for in the Disbursement Schedule attached hereto and incorporated herein by reference as **Exhibit "A"**.

All payments shall be made payable to the Internal Revenue Service and sent to the following address:

> David G. Schuetz
> Internal Revenue Service
> 4041 North Central Avenue
> MS 5014
> Phoenix, AZ 85012-5000

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the IRS which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order, except as provided for in a Court ordered moratorium, as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtor fails to cure the default within ten (10) days after written notice of the default from the IRS or its agents is mailed to the Debtor and the Debtor's attorney, the entire imposed

liability together with any unpaid current liabilities, shall become due and payable immediately. Further, in the event of a default, the IRS may collect unpaid liabilities through administrative collection provisions or the judicial remedies as set forth in the Internal Revenue Code. The IRS shall not be required to seek modification of the automatic stay to collect any tax liabilities that were not discharged by the confirmation of the Plan and from property that has been revested with the Debtor.

<u>Unsecured Priority Tax Claim - Internal Revenue Service  - Claim 3-2 (Class 6).</u>

The Internal Revenue Service ("IRS") shall have a priority unsecured claim in the amount of $96,275.51.  The IRS's priority claim shall be paid with interest at the statutory rate set forth in I.R.C. §§6621 and 6622 that is in effect during the month that the Plan is confirmed, as required by 11 U.S.C. §511.  This priority amount shall be paid as provided for in the Disbursement Schedule attached hereto and incorporated herein by reference as **Exhibit "A"**.

All payments shall be made payable to the Internal Revenue Service and sent to the following address:

> David G. Schuetz
> Internal Revenue Service
> 4041 North Central Avenue
> MS 5014
> Phoenix, AZ 85012-5000

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the IRS which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order, except as provided for in a Court ordered moratorium, as well as full and timely payments of all amounts

1  due for post-confirmation periods, shall constitute a default of the Plan. If the Debtor

2  fails to cure the default within ten (10) days after written notice of the default from the

3
4  IRS or its agents is mailed to the Debtor and the Debtor's attorney, the entire imposed

5  liability together with any unpaid current liabilities, shall become due and payable

6  immediately. Further, in the event of a default, the IRS may collect unpaid liabilities

7  through administrative collection provisions or the judicial remedies as set forth in the

8
9  Internal Revenue Code. The IRS shall not be required to seek modification of the

10  automatic stay to collect any tax liabilities that were not discharged by the confirmation

11  of the Plan and from property that has been revested with the Debtor.

12      Unsecured Priority Tax Claim - Arizona Department of Revenue (Class 7) -

13  Claim No. 1-2

14
15      The Arizona Department of Revenue ("ADOR") shall have a priority claim in

16  the amount of $5,746.64 per amended claim. The ADOR's priority claim shall be paid

17  with interest at the statutory rate as set forth in ARS § 42-1123(A), that is in effect

18  during the month that the Plan is confirmed (currently 4%), as required by 11 U.S.C.

19
20  §511. This priority amount shall be paid as provided for in the Disbursement Schedule

21  attached hereto and incorporated herein by reference as **Exhibit "A"**.

22      All payments shall be made payable to the **Arizona Department of Revenue**

23  and sent to the following address:

24
25          Office of the Attorney General
            Attn: Matthew Silverman, Esq.
26          Bankruptcy & Collection Enforcement Section
            2005 North Central Avenue
27          Phoenix, AZ 85004

28

Charity Towing & Recovery, LLC
2-20-bk-11598 PS                    6
Order Confirming

The   failure to comply with the aforementioned and the Plan provisions concerning the liability owed to the Arizona Department of Revenue which includes, but is not limited to, the failure to make the full and timely payments, shall constitute a default of the Plan. If the Debtor  to cure the default within ten (10) days after written notice of the default from the Arizona Department of Revenue or its agents, to the Debtor  and the  counsel of record, the entire balance due the  shall be immediately due and owing.  Further, in the event of a default, the Arizona Department of Revenue  may enforce the entire amount of its claim, exercise any and all rights and remedies under applicable non-bankruptcy law which includes, but is not limited to, state tax collection procedures, and obtain any other such relief deemed appropriate by the Bankruptcy Court. The Debtor shall have the opportunity to cure two (2) times over the life of the Plan. In the event of a third default, the Arizona Department of Revenue may proceed with its state law remedies for collection of all amounts due under state law.   Debtor agrees to time file returns and to timely pay any liabilities owed post-confirmation including, but not limited to, withholding ("WTH"), and transaction privilege taxes ("TPT") for the duration of the Plan.

<u>Unsecured Priority Tax Claim - Arizona Department of Economic Security</u>

<u>(Class 8 ) - Unemployment Tax Claims No. 9-1 and 10-1</u>

The Arizona Department of Economic Security ("ADES") shall have a priority claim in the amount of $7,131.08. The ADES's priority claim shall be paid with interest at 12% as required by 11 U.S.C. §511.  This priority amount shall be paid as provided

Charity Towing & Recovery, LLC
2-20-bk-11598 PS
Order Confirming

7

for in the Disbursement Schedule attached hereto and incorporated herein by reference as **Exhibit "A"**.

All payments shall be made payable to the **Arizona Department of Economic Security** and sent to the following address:

> AZ Department of Economic Security
> P.O. Box 6028
> Phoenix, AZ 85005

Unsecured Claims (Class 9)

All non-insider allowed and approved claims under this Class shall be paid their allowed claims from all funds available for distribution as set forth in the Disbursement Schedule attached hereto as **Exhibit "A"**. This yield shall be reduced by the Court approved administrative expense claim to Debtor's counsel and the Chapter 11 Trustee to the extent that approved administrative expenses exceed those sums stated above.

The projected dividend listed below is to be paid over a period of forty-five (45) months, commencing in Month 5 of the Plan. In addition to the allowed administrative claims of Debtor's counsel and the Chapter 11 Trustee, the projected dividend may change in the event that any creditor listed below files a proof of claim in an amount different from the amount listed below.

The Debtor may pre-pay any amounts due any creditor in this Class prior to the due dates in the Plan of Reorganization without penalty and without prior notice or Court approval unless otherwise provided for in the Plan of Reorganization.

Class 9 shall be made up of the following creditors:

| Creditor Name | Claim No. | Claim Amount | Projected Dividend |
|---|---|---|---|
| ADOR (general) | 1-2 | $ 893.29 | $ 38.63 |
| TBF Financial | 2-1 | $ 42,647.90 | $ 1,844.40 |
| IRS (general) | 3-1 | $ 45,009.88 | $ 1.946.55 |
| American Express | 4-1 | $ 1,500.00 | $ 64.87 |
| Progressive Preferred Ins. | 5-1 | $107,896.55 | $ 4,666.21 |
| Industrial Comm. of AZ | 6-2 | $421,635.45 | $18,234.52 |
| United States Trustee | 7-1 | $ 5,226.11 | $ 226.01 |
| Faez Mona/All Interstate | 8-1 | $407,713.53 | $17,632.43 |
| Eastern Funding | 11-1 | $ 96,448.70 | $ 4,171.13 |
| Cellco Partnership/Verizon | 12-1 | $ 1,382.20 | $ 59.78 |
| Kelly Guerra (insider) | N/C | $ 18,009.42 | $ 0.00 |
| Ronald Guerra (insider) | N/C | $ 34,604.66 | $ 0.00 |
| Totals | | $1,130,353.61 (w/out insiders) | $48,884.53 |

Debtor's Interest (Class 10)

Debtor shall retain all of the legal and equitable interest in assets of this estate, as all reconciliation issues have been met. Property of the estate shall vest in the Debtor at confirmation.

Disputed Claims:

The Debtor reserves the right to verify and object to any proof of claim. Payment of disputed claims shall be made only after agreement has been reached between the Debtor and the Creditor or upon the order of the Court. Any and all objections to proofs of claim will be filed within sixty (60) days of the Effective Date of this plan or will be waived. If any disputed claim is subsequently allowed by the Court such claim shall be paid under Class 9.

Executory Contracts

The Debtor describes two unexpired leases on Schedule G. In addition, the Beacon Funding Claims (as stated in Class 1 and 2 above) are leases. All leases shall be assumed:

| Lessor | Property Description |
|---|---|
| H&M Enterprises, Inc. | 3027 South 45th Street, Phoenix, AZ, 85040 |
| Allen Carpenter | 1840 South Country Club, Mesa, AZ 85210 |
| Beacon Funding | 2017 Dodge 5500 |
| Beacon Funding | 2015 Ford F-650 |

General Provisions:

a.       Confirmation Date: The date in which the Court enters an Order confirming the Chapter 11 Plan of Reorganization.

b.       Effective Date: The Effective Date of this Plan is fifteen (15) days after the entry of the Confirmation Order.

c.       Distribution Date: The distribution date shall be thirty (30) days after the Effective Date.

IT IS FURTHER ORDERED, that the Plan is Confirmed under the provisions of 11 U.S.C. § 1191(a) therefore, Confirmation acts as a Discharge, effective the date of Confirmation, of any and all dischargeable debts of the Debtor classified and receiving distributions under the Plan that arose any time before the entry of the Order Confirming Plan including, but not limited to, all principal and interest accrued thereon pursuant to 11U.S.C. §1141(d)(1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that it shall be the obligation of each creditor participating under the Plan to keep the Debtor advised of its current mailing address. In

the event any payments tendered to creditors are mailed, postage prepaid, addressed (1) to the address specified in the Debtor's schedules and statement, (2) to the address specified in any proof of claim filed by a creditor or claimant herein or (3) to the address provided by any such creditor or claimant for purposes of distribution, and if subsequently the Post Office returns such distribution due to a lack of insufficiency of address or forwarding address, the Debtor shall retain such distribution for a period of six (6) months. Thereafter, the distribution shall revert to the Debtor without further Order of the Court and free and clear of any claim or the named distributee. The Debtor shall thereafter not be required to mail subsequent distributions to any creditor for whom a distribution has been returned by the Post Office.

IT IS FURTHER ORDERED that the Debtor may seek a Final Decree and an Order Closing this Case upon the conclusion of all administrative matters, provided that the Debtor has commenced payments required to be made pursuant to the Plan of Reorganization. Any Motion seeking a Final Decree shall certify that the Plan has been substantially consummated. Upon filing such a Motion containing the foregoing certification, the appointment of the SubChapter V Trustee in this case shall, by operation of 11 U.S.C. § 1183(c)(1), be terminated. **All creditors shall remain bound by the terms and conditions set forth in the Debtor's Chapter 11 Plan of Reorganization. No creditor shall be allowed to take any collection action against the Debtor pertaining to any debt classified and/or receiving distribution under the Plan as long as the Debtor remains in compliance with the Chapter 11 Plan of Reorganization.**

**SIGNED AND DATED ABOVE.**

Order Confirming the Debtor's Chapter 11
(Subchapter V) Plan of Reorganization
as to form and content:
        See Next Page
_____
By:     Joseph Cotterman, Esq.
        Subchapter V Trustee


Mark Brnovich, Attorney General
        See Next Page
_____
By:     Matthew Silverman, Esq.
        Assistant Attorney General
        Attorneys for the State of Arizona
        *ex rel.* Arizona Department of Revenue

Charity Towing & Recovery, LLC
        See Next Page

By _____
Kelly Guerra, Member

1  Order Confirming the Debtor's Chapter 11
2  (Subchapter V) Plan of Reorganization
   as to form and content:
3  
   
4  By:  Joseph Cotterman, Esq.
5        Subchapter V Trustee
6
7  Mark Brnovich, Attorney General
8
9  By:  Matthew Silverman, Esq.
        Assistant Attorney General
        Attorneys for the State of Arizona
10      ex rel. Arizona Department of Revenue
11
   Charity Towing & Recovery, LLC
12
13 By:
14 Kelly Gaston, Manager
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   Charity Towing & Recovery, LLC                    12

# EXHIBIT "A"

**CHARITY TOWING**
**USBC**
**Distribution of Payments to Made Under Chapter 11 Plan**

| Payment Period | ADN Admin Claim | Trustee | IRS Secured Claim | IRS Priority Claim | ADOR Priority Claim | DES Priority Claim | General Uns. Creditors Class 11 | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| Month 1 | 4,306.00 | 1,286.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **5,592.00** |
| Month 2 | 4,306.00 | 1,286.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **5,592.00** |
| Month 3 | 564.00 | 1,028.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,592.00** |
| Month 4 | 4,192.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **5,592.00** |
| Month 5 | 5,814.00 | 0.00 | 0.00 | 776.00 | 0.00 | 0.00 | 330.00 | **6,920.00** |
| Month 6 | 1,865.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 865.00 | **6,920.00** |
| Month 7 | 1,865.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 865.00 | **6,920.00** |
| Month 8 | 1,865.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 865.00 | **6,920.00** |
| Month 9 | 1,773.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 957.00 | **6,920.00** |
| Month 10 | 1,000.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 1,730.00 | **6,920.00** |
| Month 11 | 1,000.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 12 | 1,000.00 | 0.00 | 2,067.00 | 1,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| **YEAR 1 TOTAL** | **$29,550.00** | **$5,000.00** | **$14,469.00** | **$13,369.00** | **$959.00** | **$1,309.00** | **$7,092.00** | **$71,748.00** |

## CHARITY TOWING
## USBC
### Distribution of Payments to Made Under Chapter 11 Plan

| Payment Period | ADN Admin Claim | Trustee | IRS Secured Claim | IRS Priority Claim | ADOR Priority Claim | DES Priority Claim | General Uns. Creditors Class 11 | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| Month 13 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 14 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 15 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 16 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 17 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 18 | 0.00 | 0.00 | 2,067.00 | 2,799.00 | 137.00 | 187.00 | 740.00 | **5,930.00** |
| Month 19 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 622.00 | **7,217.00** |
| Month 20 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 622.00 | **7,217.00** |
| Month 21 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 622.00 | **7,217.00** |
| Month 22 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 23 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 24 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| **YEAR 2 TOTAL:** | **$0.00** | **$0.00** | **$28,170.00** | **$38,142.00** | **$1,866.00** | **$2,532.00** | **$8,055.00** | **$78,765.00** |

**CHARITY TOWING**
**USBC**
**Distribution of Payments to Made Under Chapter 11 Plan**

| Payment Period | ADN Admin Claim | Trustee | IRS Secured Claim | IRS Priority Claim | ADOR Priority Claim | DES Priority Claim | General Uns. Creditors Class 11 | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| Month 25 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 26 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 27 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 28 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 29 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 30 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 31 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 32 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 583.00 | **7,178.00** |
| Month 33 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 449.00 | **7,044.00** |
| Month 34 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 449.00 | **7,044.00** |
| Month 35 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 449.00 | **7,044.00** |
| Month 36 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 449.00 | **7,044.00** |
| | **0** | | | **0** | | | | |
| **YEAR 3 TOTALS** | **$0.00** | **$0.00** | **$31,536.00** | **$42,696.00** | **$2,088.00** | **$2,820.00** | **$6,460.00** | **$85,600.00** |

## CHARITY TOWING
## USBC
### Distribution of Payments to Made Under Chapter 11 Plan

| Payment Period | ADN Admin Claim | Trustee | IRS Secured Claim | IRS Priority Claim | ADOR Priority Claim | DES Priority Claim | General Uns. Creditors Class 11 | Total Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| Month 37 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.00 | 449.00 | 7,044.00 |
| Month 38 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 235.08 | 448.92 | 7,044.00 |
| Month 39 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 452.00 | 232.00 | 7,044.00 |
| Month 40 | 0.00 | 0.00 | 2,628.00 | 3,558.00 | 174.00 | 261.00 | 423.00 | 7,044.00 |
| Month 41 | 0.00 | 0.00 | 2,628.00 | 1,621.49 | 174.00 | 0.00 | 2,620.51 | 7,044.00 |
| Month 42 | 0.00 | 0.00 | 702.84 | 315.02 | 63.64 | 0.00 | 5,962.50 | 7,044.00 |
| Month 43 | 0.00 | 0.00 | 533.00 | 0.00 | 292.00 | 0.00 | 6,219.00 | 7,044.00 |
| Month 44 | 0.00 | 0.00 | 774.50 | 0.00 | 0.00 | 0.00 | 6,269.50 | 7,044.00 |
| Month 45 | 0.00 | 0.00 | 3,092.50 | 0.00 | 0.00 | 0.00 | 4,653.10 | 7,745.60 |
| Month 46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Month 48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **YEAR 4 TOTALS** | **$0.00** | **$0.00** | **$18,242.84** | **$16,168.51** | **$1,225.64** | **$1,183.08** | **$27,277.53** | **$64,097.60** |
| **GRAND TOTALS** | **$29,550.00** | **$5,000.00** | **$92,417.84** | **$110,375.51** | **$6,138.64** | **$7,844.08** | **$48,884.53** | **$300,210.60** |
| | 29,550.00 | 5,000.00 | 92,417.84 | 110,375.51 | 6,138.64 | 7,844.08 | 48,884.53 | 300,210.60 |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**RECAP - total dollars to each unsecured creditor over life of Plan (45 months)**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Plan Payment | Amount to be paid over life of plan | Yield to Creditor |
|---|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 48,884.53 | 38.63 | 0.0034% |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 48,884.53 | 1,844.40 | 0.1632% |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 48,884.53 | 1,946.55 | 0.1722% |
| American Express | 4-1 | 1,500.00 | 0.13% | 48,884.53 | 64.87 | 0.0057% |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 48,884.53 | 4,666.21 | 0.4128% |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 48,884.53 | 18,234.52 | 1.6132% |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 48,884.53 | 226.01 | 0.0200% |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 48,884.53 | 17,632.43 | 1.5599% |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 48,884.53 | 4,171.13 | 0.3690% |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 48,884.53 | 59.78 | 0.0053% |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$48,884.53** | **4.32%** |

Charity Towing
USBC
**Pro Rata Share for Unsecured Creditors in Class 9**
Month 5

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 5 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 330.00 | 0.26 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 330.00 | 12.45 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 330.00 | 13.14 |
| American Express | 4-1 | 1,500.00 | 0.13% | 330.00 | 0.44 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 330.00 | 31.50 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 330.00 | 123.09 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 330.00 | 1.53 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 330.00 | 119.03 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 330.00 | 28.16 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 330.00 | 0.40 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$330.00** |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**Months 6 through 8**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Months 6 thru 8 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 865.00 | 0.68 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 865.00 | 32.64 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 865.00 | 34.44 |
| American Express | 4-1 | 1,500.00 | 0.13% | 865.00 | 1.15 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 865.00 | 82.57 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 865.00 | 322.66 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 865.00 | 4.00 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 865.00 | 312.00 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 865.00 | 73.81 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 865.00 | 1.06 |
| | | | | | |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$865.00** |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**Month 9**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 9 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 957.00 | 0.76 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 957.00 | 36.11 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 957.00 | 38.11 |
| American Express | 4-1 | 1,500.00 | 0.13% | 957.00 | 1.27 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 957.00 | 91.35 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 957.00 | 356.97 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 957.00 | 4.42 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 957.00 | 345.19 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 957.00 | 81.66 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 957.00 | 1.17 |
| | | | | | |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$957.00** |

Charity Towing
USBC
**Pro Rata Share for Unsecured Creditors in Class 9**
Month 10

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 10 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 1,730.00 | 1.37 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 1,730.00 | 65.27 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 1,730.00 | 68.89 |
| American Express | 4-1 | 1,500.00 | 0.13% | 1,730.00 | 2.30 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 1,730.00 | 165.14 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 1,730.00 | 645.31 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 1,730.00 | 8.00 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 1,730.00 | 624.00 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 1,730.00 | 147.61 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 1,730.00 | 2.12 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$1,730.00** |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**Months 11 through 18**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Months 11 thru 18 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 740.00 | 0.58 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 740.00 | 27.92 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 740.00 | 29.47 |
| American Express | 4-1 | 1,500.00 | 0.13% | 740.00 | 0.98 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 740.00 | 70.64 |
| Industrial Comm of AZ. | 6-2 | 421,635.45 | 37.30% | 740.00 | 276.03 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 740.00 | 3.42 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 740.00 | 266.91 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 740.00 | 63.14 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 740.00 | 0.90 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$740.00** |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**Months 19 through 21**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Months 19 thru 21 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 622.00 | 0.49 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 622.00 | 23.47 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 622.00 | 24.77 |
| American Express | 4-1 | 1,500.00 | 0.13% | 622.00 | 0.83 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 622.00 | 59.37 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 622.00 | 232.01 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 622.00 | 2.88 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 622.00 | 224.35 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 622.00 | 53.07 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 622.00 | 0.76 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$622.00** |

**Charity Towing**
**USBC**
**Pro Rata Share for Unsecured Creditors in Class 9**
**Months 22 through 32**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Months 22 thru 32 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 583.00 | 0.46 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 583.00 | 22.00 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 583.00 | 23.21 |
| American Express | 4-1 | 1,500.00 | 0.13% | 583.00 | 0.77 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 583.00 | 55.65 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 583.00 | 217.47 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 583.00 | 2.70 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 583.00 | 210.29 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 583.00 | 49.75 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 583.00 | 0.71 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$583.00** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Months 33 thru 37 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 449.00 | 0.35 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 449.00 | 16.94 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 449.00 | 17.88 |
| American Express | 4-1 | 1,500.00 | 0.13% | 449.00 | 0.60 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 449.00 | 42.86 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 449.00 | 167.48 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 449.00 | 2.08 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 449.00 | 161.95 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 449.00 | 38.31 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 449.00 | 0.55 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$449.00** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 38 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 448.92 | 0.35 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 448.92 | 16.94 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 448.92 | 17.88 |
| American Express | 4-1 | 1,500.00 | 0.13% | 448.92 | 0.60 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 448.92 | 42.85 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 448.92 | 167.45 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 448.92 | 2.08 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 448.92 | 161.92 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 448.92 | 38.30 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 448.92 | 0.55 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$448.92** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 39 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 232.00 | 0.18 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 232.00 | 8.75 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 232.00 | 9.24 |
| American Express | 4-1 | 1,500.00 | 0.13% | 232.00 | 0.31 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 232.00 | 22.15 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 232.00 | 86.54 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 232.00 | 1.07 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 232.00 | 83.68 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 232.00 | 19.80 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 232.00 | 0.28 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$232.00** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 40 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 423.00 | 0.33 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 423.00 | 15.96 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 423.00 | 16.84 |
| American Express | 4-1 | 1,500.00 | 0.13% | 423.00 | 0.56 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 423.00 | 40.38 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 423.00 | 157.78 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 423.00 | 1.96 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 423.00 | 152.57 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 423.00 | 36.09 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 423.00 | 0.52 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$423.00** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 41 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 2,620.51 | 2.07 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 2,620.51 | 98.87 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 2,620.51 | 104.35 |
| American Express | 4-1 | 1,500.00 | 0.13% | 2,620.51 | 3.48 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 2,620.51 | 250.14 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 2,620.51 | 977.48 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 2,620.51 | 12.12 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 2,620.51 | 945.21 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 2,620.51 | 223.60 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 2,620.51 | 3.20 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$2,620.51** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 42 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 5,962.50 | 4.71 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 5,962.50 | 224.96 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 5,962.50 | 237.42 |
| American Express | 4-1 | 1,500.00 | 0.13% | 5,962.50 | 7.91 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 5,962.50 | 569.14 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 5,962.50 | 2,224.08 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 5,962.50 | 27.57 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 5,962.50 | 2,150.65 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 5,962.50 | 508.76 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 5,962.50 | 7.29 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$5,962.50** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 43 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 6,219.00 | 4.91 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 6,219.00 | 234.64 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 6,219.00 | 247.64 |
| American Express | 4-1 | 1,500.00 | 0.13% | 6,219.00 | 8.25 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 6,219.00 | 593.63 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 6,219.00 | 2,319.76 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 6,219.00 | 28.75 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 6,219.00 | 2,243.17 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 6,219.00 | 530.64 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 6,219.00 | 7.60 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$6,219.00** |

Charity Towing
USBC
**Pro Rata Share for Unsecured Creditors in Class 9**
**Month 44**

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 44 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 6,269.50 | 4.95 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 6,269.50 | 236.55 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 6,269.50 | 249.65 |
| American Express | 4-1 | 1,500.00 | 0.13% | 6,269.50 | 8.32 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 6,269.50 | 598.45 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 6,269.50 | 2,338.60 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 6,269.50 | 28.99 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 6,269.50 | 2,261.38 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 6,269.50 | 534.95 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 6,269.50 | 7.67 |

| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$6,269.50** |

| Creditor Name | Claim No. | Amount of Claim | Percentage of Total Claim | Total Monthly Payment | Amount to be paid in Month 45 |
|---|---|---|---|---|---|
| ADOR (general) | 1-1 | 893.29 | 0.08% | 4,653.10 | 3.68 |
| TBF Financial | 2-1 | 42,647.90 | 3.77% | 4,653.10 | 175.56 |
| IRS (general) | 3-1 | 45,009.88 | 3.98% | 4,653.10 | 185.28 |
| American Express | 4-1 | 1,500.00 | 0.13% | 4,653.10 | 6.17 |
| Progressive Preferred Ins. | 5-1 | 107,896.55 | 9.55% | 4,653.10 | 444.16 |
| Industrial Comm of AZ | 6-2 | 421,635.45 | 37.30% | 4,653.10 | 1,735.66 |
| United States Trustee | 7-1 | 5,226.11 | 0.46% | 4,653.10 | 21.51 |
| Faez Mona/All Interstate | 8-1 | 407,713.53 | 36.07% | 4,653.10 | 1,678.35 |
| Eastern Funding | 11-1 | 96,448.70 | 8.53% | 4,653.10 | 397.03 |
| Cellco Partnership/Verizon | 12-1 | 1,382.20 | 0.12% | 4,653.10 | 5.69 |
| **TOTALS** | | **$1,130,353.61** | **100.00%** | | **$4,653.10** |