IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re ) CASE NO. 2:20-bk-11598 PS
)
) CH. 11 POST CONFIRMATION REPORT
CHARITY TOWING & ) ____ QUARTERLY _X_ FINAL
RECOVERY, LLC )
) QUARTER ENDING: March 31, 2022 (1st Qtr)
Debtor. )
) DATE PLAN CONFIRMED: April 21, 2021

SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:  $ 3,046.96

B. Disbursements not under the plan, for current quarter:  $ 38,399.05

Total Disbursements:  $ 41,446.01

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are the projections as to your ability to comply with the terms of the plan?

   Very good as business has increased

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   N/A

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.
   N/A

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

1

SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| 22A. FEES AND EXPENSES | | | |
| 1. Disbursing Agent Compensation | $ 0 | $ 0 | $ 0 |
| 2. Fee for Attorney for Trustee | $ 0 | $ 0 | $ 0 |
| 3. Fee for Attorney for Debtor | $ 0 | $ 19,182.00 | $ 10,368.00 |
| 4. Other Professionals (**SubChp V Trustee**) | $ 0 | $ 4,845.50 | $ 0 |
| 5. All Expenses, Including Disbursing Agent's | $ 0 | $ 0 | $ 0 |
| B. DISTRIBUTIONS: | | | |
| 6. Secured Creditors (IRS) | $ 0 | $ 4,134.00 | $ 88,283.84 |
| 7. Priority Creditors (IRS/ADOR/DES) | $ 648.00 | $ 5,446.00 | $ 114,214.23 |
| 8. Unsecured Creditors | $ 2,398.96 | $ 2,480.98 | $ 46,321.53 |
| 9. Equity Security Holders | $ 0 | $ 0 | $ 0 |
| 10. Other Payments - Specify class of payee | $ 0 | $ 0 | $ 0 |
| | $ 0 | $ 0 | $ 0 |
| TOTAL PLAN DISBURSEMENTS | $ 3,046.96 | $ 30,643.02 | $ 259,187.60 |

(Report Sum of Lines 1 - 10, *current quarter column,* on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan    4.32 %

SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| Secured Creditors | |
| Priority Creditors | |
| Unsecured Creditors | |
| Equity Security Holders | |
| Other Transfers - Specify class of Transferee | |

CONSUMMATION OF PLAN:

    If this is a final report, has an application for Final Decree been submitted?

    _____    Yes    Date application was submitted?

    _____    No    Date when application will be submitted.

    Estimated Date of Final Payment under Plan \_\_\_\_\_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____ DATE: _____

_____

*See signature page attached*

3

Equity Security Holders  _____

Other Transfers - Specify class of Transferee

_____    _____

2

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____    Yes    Date application was submitted?

_____    No     Date when application will be submitted.

Estimated Date of Final Payment under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____    DATE: 1/26/22