Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq. (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>CHARITY TOWING & RECOVERY, LLC,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>Case No. 2:20-bk-11598 PS<br><br>MOTION FOR ENTRY OF FINAL DECREE AND CERTIFICATE OF SUBSTANTIAL CONSUMMATION AND REQUEST FOR ORDER CLOSING CASE |

COMES NOW the Debtor, Charity Towing & Recovery, LLC, by and through undersigned counsel, Allan D. NewDelman, P.C., and pursuant to Federal Rules of Bankruptcy Procedure 3022, moves this Court for an Order for Final Decree and for Order closing this Chapter 11 case as the case has been substantially consummated. In support of this Motion, the Debtor states as follows:

1. The Debtor filed its Chapter 11 case on October 20, 2020.

2. The Debtor filed its Chapter 11 (Subpart V) Plan of Reorganization on January 19, 2021. The Debtor's Chapter 11 (Subchapter V) Plan of Reorganization was confirmed on April 21, 2021 and a Discharge was entered on that date.

3. There are no matters pending in the administrative case.

4. Pursuant to 11 U.S.C. §1101(2), the Plan of Reorganization has been substantially consummated, as Debtor has commenced payments pursuant to the Plan of Reorganization.

5. All creditors shall remain bound by the terms and conditions as set forth in the Debtors' Chapter 11 Plan of Reorganization. No creditor shall be allowed to take any collection action against the Debtor as long as the Debtor remains in compliance with its Chapter 11 Plan of Reorganization.

6. The Debtor requests that the Clerk of the Court be directed to close the case.

WHEREFORE, it is respectfully requested that the Court enter an Order for Final Decree, and directing the Clerk of the Court to administratively close the above case.

DATED this 31 day of January, 2022.

ALLAN D. NEWDELMAN, P.C.

/s/ Roberta J. Sunkin
Roberta J. Sunkin
Attorney for Debtor

COPY of the foregoing mailed
this 31 day of January, 2022, to:

U. S. Trustee's Office
230 N. First Avenue - Suite 204
Phoenix, Arizona 85003

Charity Towing & Recovery LLC
c/o Ron and Kelly Guerra
3027 S. 45th Street
Phoenix, Arizona 85040

/s/ Carol M. Prieur
by: Carol M. Prieur

2

Case 2:20-bk-11598-PS   Doc 95   Filed 01/31/22   Entered 01/31/22 08:12:33   Desc
Main Document    Page 2 of 2