Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq. (011993)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | ) In Proceedings Under |
| | ) Chapter 11 |
| CHARITY TOWING & RECOVERY, LLC, | ) |
| | ) Case No. 2:20-bk-11598 PS |
| | ) |
| | ) NOTICE OF MOTION FOR ENTRY OF |
| Debtor. | ) FINAL DECREE AND CERTIFICATE OF |
| | ) SUBSTANTIAL CONSUMMATION AND |
| | ) REQUEST FOR ORDER CLOSING CASE |
| | ) |

NOTICE IS HEREBY GIVEN that the Debtor, Charity Towing & Recovery, LLC, has filed a Motion for Entry of Final Decree and Certificate of Substantial Consummation and Request for Order Closing Case. A copy of the Motion is available for review at the Office of the Clerk of the U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003. The Motion, if granted will close the Debtor's case.

NOTICE IS FURTHER GIVEN that all responses to the Motion must be filed no later than 5:00 p.m. on **February 21, 2022,** with the U.S. Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, with a copy of the response served upon Allan D. NewDelman, P.C., 80 E. Columbus Avenue, Phoenix, Arizona 85012.

NOTICE IS FURTHER GIVEN that in the event that no timely responses are filed, an Order Granting the Motion for Final Decree and Order Closing Case will be entered by the Court without further hearing or notice.

DATED this 31st day of January, 2022.

ALLAN D. NEWDELMAN, P.C.

/s/ Roberta J. Sunkin
Roberta J. Sunkin
Attorney for Debtor