Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: anewdelman@adnlaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>CHARITY TOWING & RECOVERY, LLC.,<br><br>Debtor. | ) In Proceedings Under<br>) Chapter 11<br>)<br>) Case No. 2:20-bk-11598 PS<br>)<br>) ORDER GRANTING DEBTOR'S<br>) MOTION FOR FINAL DECREE AND<br>) ORDER CLOSING CASE<br>)<br>)<br>) |

This matter comes before the Court on the Debtor's Motion for Final Decree, and Order Closing Debtor's Case. The Court notes that the Motion was noticed out to all creditors and parties in interest on January 31, 2022, and that the deadline to object to the Motion has passed. The Court having been advised that no Objections to the Motion have been filed, that the Plan having been substantially consummated, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that the Debtor's Motion is GRANTED. An Order granting the Motion shall be entered and the case shall be closed by the Clerk of the Bankruptcy Court;

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction to hear any matter that may arise after an order closing this case is entered;

**IT IS FURTHER ORDERED** that all creditors shall remain bound by terms and conditions set forth in the Debtor's Chapter 11 Plan of Reorganization and as provided for in the Order of Confirmation. No creditor shall be allowed to take any collection action against the Debtor as long as the Debtor remains in compliance with their Plan of Reorganization and as provided for in the Order of Confirmation.

**SIGNED AND DATED ABOVE**